THE PEOPLE OF THE STATE OF NEW YORK ex rel. 1780 BROADWAY CORPORATION, Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents.— Final order, so far as appealed from, modified so as to provide for the fixing of the assessed valuations of the properties and the years involved, as follows:

*1780–82 Broadway, Block 1029, Lot 14*

| Year | Land | Building | Total |
|------|------|----------|-------|
| 1941–1942 | $220,000 | $110,000 | $330,000 |
| 1942–1943 | 220,000 | 105,000 | 325,000 |

*225–227 West 57th Street, Block 1029, Lot 17*

| Year | Land | Building | Total |
|------|------|----------|-------|
| 1941–1942 | $185,000 | $77,000 | $262,000 |
| 1942–1943 | 185,000 | 74,000 | 259,000 |

and as so modified affirmed, with twenty dollars costs and disbursements to the relator-appellant. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to modify the order so far as appealed from by fixing the assessed valuations as follows:

*1780–82 Broadway, Block 1029, Lot 14*

| Year | Land | Building | Total |
|------|------|----------|-------|
| 1941–1942 | $270,000 | $110,000 | $380,000 |
| 1942–1943 | 270,000 | 105,000 | 375,000 |

*225–227 West 57th Street, Block 1029, Lot 17*

| Year | Land | Building | Total |
|------|------|----------|-------|
| 1941–1942 | $225,000 | $77,000 | $302,000 |
| 1942–1943 | 225,000 | 74,000 | 299,000 |